# Earnings Statement

**ADP**

CAMCARE  HEALTH  CORPORATION
817 FEDERAL  STREET
CAMDEN,  NJ  08103

| | |
|---|---|
| Period Beginning: | 03/08/2026 |
| Period Ending: | 03/21/2026 |
| Pay Date: | 03/27/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

**SHAWNESE  DUREN**
**982  MACDADE  BLVD**
**YEADON  PA  19050**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 76.9231 | 40.00 | 3,076.92 | 3,076.92 |
| **Gross Pay** | | | **$3,076.92** | 3,076.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.53 | 201.53 |
| | Social Security Tax | -190.77 | 190.77 |
| | Medicare Tax | -44.62 | 44.62 |
| | PA State Income Tax | -94.46 | 94.46 |
| | PA SUI Tax | -2.15 | 2.15 |
| | **Net Pay** | **$2,543.39** | |
| | Chkck1 | -2,543.39 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40.00 | |

**Important Notes**
ER PHONE#  856-583-2400

**Additional Tax Withholding Information**

Taxable Marital Status:
 NJ: Married
 PA: Married
Exemptions/Allowances:
 NJ: 0,Table E
 PA: 0

Your federal taxable wages this period are
$3,076.92

© 2000 ADP, Inc.

CAMCARE HEALTH CORPORATION
817 FEDERAL STREET
CAMDEN, NJ 08103

| | |
|---|---|
| **Advice number:** | **00000130063** |
| Pay date: | 03/27/2026 |

Deposited  to the account  of

| | account number | transit ABA | amount |
|---|---|---|---|
| **SHAWNESE  DUREN** | xxxxxx1929 | xxxx xxxx | $2,543.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CAMCARE  HEALTH  CORPORATION
817 FEDERAL  STREET
CAMDEN,  NJ  08103

| | |
|---|---|
| Period Beginning: | 03/22/2026 |
| Period Ending: | 04/04/2026 |
| Pay Date: | 04/10/2026 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**SHAWNESE  DUREN**
**982  MACDADE  BLVD**
**YEADON  PA  19050**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6153.85 | 80.00 | 6,153.85 | 9,230.77 |
| **Gross Pay** | | | **$6,153.85** | 9,230.77 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -674.62 | 876.15 |
| | Social Security Tax | -381.54 | 572.31 |
| | Medicare Tax | -89.23 | 133.85 |
| | PA State Income Tax | -188.92 | 283.38 |
| | PA SUI Tax | -4.31 | 6.46 |
| | **Net Pay** | **$4,815.23** | |
| | Chkck1 | -4,815.23 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Available | 10.00 | 10.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ER PHONE#  856-583-2400

**Additional Tax Withholding Information**
Taxable  Marital  Status:
  NJ:            Married
  PA:            Married
Exemptions/Allowances:
  NJ:            0,Table  E
  PA:            0

Your federal taxable wages this period are
$6,153.85

© 2000 ADP, Inc.

---

CAMCARE  HEALTH  CORPORATION
817 FEDERAL  STREET
CAMDEN,  NJ  08103

| | |
|---|---|
| **Advice number:** | **00000150058** |
| Pay date: | 04/10/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SHAWNESE  DUREN** | xxxxxx1929 | xxxx  xxxx | $4,815.23 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

CAMCARE  HEALTH  CORPORATION
817 FEDERAL  STREET
CAMDEN,  NJ  08103

| | |
|---|---|
| Period Beginning: | 04/05/2026 |
| Period Ending: | 04/18/2026 |
| Pay Date: | 04/24/2026 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**SHAWNESE  DUREN**
**982  MACDADE  BLVD**
**YEADON  PA  19050**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6153.85 | 64.00 | 4,923.08 | 14,153.85 |
| UNPD absent | 76.9231 | 16.00 | | |
| **Gross Pay** | | | **$4,923.08** | 14,153.85 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -423.07 | 1,299.22 |
| | Social Security Tax | -305.23 | 877.54 |
| | Medicare Tax | -71.38 | 205.23 |
| | PA State Income Tax | -151.14 | 434.52 |
| | PA SUI Tax | -3.45 | 9.91 |
| | **Net Pay** | **$3,968.81** | |
| | Chkck1 | -3,968.81 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Available | 10.00 | 20.00 |
| Totl Hrs Worked | 64.00 | |

**Important Notes**

ER PHONE#  856-583-2400

**Additional Tax Withholding Information**

Taxable  Marital Status:
  NJ:          Married
  PA:          Married
Exemptions/Allowances:
  NJ:          0,Table  E
  PA:          0

Your federal taxable wages this period are
$4,923.08

© 2000  ADP,  Inc.

CAMCARE  HEALTH  CORPORATION
817 FEDERAL  STREET
CAMDEN,  NJ  08103

| | |
|---|---|
| **Advice number:** | **00000170148** |
| Pay date: | 04/24/2026 |

| Deposited  to the account  of | account number | transit  ABA | amount |
|---|---|---|---|
| **SHAWNESE  DUREN** | xxxxxx1929 | xxxx  xxxx | $3,968.81 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**