

Relay and Power Systems, Inc.
Anthony Duren    982 MacDade Blvd. Lansdowne, PA 19050 United States of America

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Anthony Duren | Relay and Power Systems, Inc. | | 105374 | 03/15/2026 | 03/28/2026 | 04/03/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 76.75 | 1,895.08 | 163.88 | 267.28 | 73.44 | 1,390.48 |
| YTD | 485.50 | 11,660.54 | 1,066.90 | 1,529.35 | 468.60 | 8,595.69 |

| Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | |
| Holiday | | | 0 | | 24 | 530.40 | |
| Regular Hourly | 03/15/2026 - 03/21/2026 | 36.75 | 22.1 | 812.18 | | | |
| Regular Hourly | 03/22/2026 - 03/28/2026 | 40 | 22.1 | 884.00 | 485.25 | 10,724.05 | |
| Inclement Weather | | | 0 | | 9 | 198.90 | |
| Overtime | | | 0 | | 0.25 | 8.29 | |
| Paid Time Off | 03/15/2026 - 03/28/2026 | 9 | 22.1 | 198.90 | 9 | 198.90 | |
| Earnings | | | | 1,895.08 | | 11,660.54 | |

| Employee Taxes Withheld | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 113.21 | 692.96 |
| Medicare | 26.47 | 162.06 |
| Federal Withholding | 49.27 | 192.43 |
| State Tax - PA | 56.06 | 343.13 |
| SUI-Employee Paid - PA | 1.32 | 8.16 |
| City Tax - CNSHK | 18.95 | 116.61 |
| PA LST - CNSHK | 2.00 | 14.00 |
| Employee Taxes Withheld | 267.28 | 1,529.35 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) | 94.76 | 583.06 |
| Dental (Pre-Tax) | 9.00 | 63.00 |
| Medical (Pre-Tax) | 50.00 | 350.00 |
| Vision (Pre-Tax) | 10.12 | 70.84 |
| Pre-Tax Deductions | 163.88 | 1,066.90 |

| Post-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Loan (Loan 1) | 18.48 | 129.36 |
| Noncompliant Wellness Ded | 45.48 | 272.88 |
| Voluntary Life (Child) | 0.83 | 5.81 |
| Voluntary Life (Employee) | 5.77 | 40.39 |
| Voluntary Life (Spouse) | 2.88 | 20.16 |
| Post-Tax Deductions | 73.44 | 468.60 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Match | 23.69 | 145.78 |
| ER - Group Basic Life | 3.69 | 25.83 |
| ER - Long Term Disability | 5.77 | 40.39 |
| ER - Medical | 694.11 | 4,858.77 |
| Employer Paid Benefits | 727.26 | 5,070.77 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,825.96 | 11,176.70 |
| Medicare - Taxable Wages | 1,825.96 | 11,176.70 |
| Federal Withholding - Taxable Wages | 1,731.20 | 10,593.64 |
| State Tax Taxable Wages - PA | 1,825.96 | 11,176.70 |
| City Tax Taxable Wages - CNSHK | 1,895.08 | 11,660.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| PHILA FED C U | PHILA FED C U | ******7223 | | 1,190.48 | USD |
| CROSS RIVER BANK | CROSS RIVER BANK | ******1327 | | 200.00 | USD |

Case 26-11757-pmm   Doc 18   Filed 06/17/26   Entered 06/17/26 09:17:57   Desc Main
Payslip: Anthony Duren: 04/11/2026 (Regular)
Document   Page 1 of 2
- Complete

06:33 PM
06/16/2026
Page 1 of 2


KENDALL GROUP

## Company Information

| Name |
| --- |
| Relay and Power Systems, Inc. |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| --- | --- | --- | --- | --- | --- | --- |
| Anthony Duren | 982 MacDade Blvd. Lansdowne, PA 19050 United States of America | 105374 | 03/29/2026 | 04/11/2026 | 04/17/2026 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- | --- |
| Current | 59.00 | 1,768.00 | 157.52 | 240.25 | 73.44 | 1,296.79 |
| YTD | 544.50 | 13,428.54 | 1,224.42 | 1,769.60 | 542.04 | 9,892.48 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Holiday | | | | | 24.00 | 530.40 |
| Regular Hourly | 03/29/2026 - 04/04/2026 | 22.00 | 22.10 | 486.20 | | |
| Regular Hourly | 04/05/2026 - 04/11/2026 | 37.00 | 22.10 | 817.70 | 544.25 | 12,027.95 |
| Inclement Weather | | | | | 9.00 | 198.90 |
| Overtime | | | | | 0.25 | 8.29 |
| Paid Time Off | 03/29/2026 - 04/11/2026 | 21.00 | 22.10 | 464.10 | 30.00 | 663.00 |
| | | | | Total: 1,768.00 | | 13,428.54 |

## Employee Taxes Withheld

| Description | Amount | YTD |
| --- | --- | --- |
| OASDI | 105.33 | 798.29 |
| Medicare | 24.64 | 186.70 |
| Federal Withholding | 37.20 | 229.63 |
| State Tax - PA | 52.16 | 395.29 |
| SUI-Employee Paid - PA | 1.24 | 9.40 |
| City Tax - CNSHK | 17.68 | 134.29 |
| PA LST - CNSHK | 2.00 | 16.00 |
| Total: | 240.25 | 1,769.60 |

## Pre-Tax Deductions

| Description | Amount | YTD |
| --- | --- | --- |
| 401(k) | 88.40 | 671.46 |
| Dental (Pre-Tax) | 9.00 | 72.00 |
| Medical (Pre-Tax) | 50.00 | 400.00 |
| Vision (Pre-Tax) | 10.12 | 80.96 |
| Total: | 157.52 | 1,224.42 |

## Post-Tax Deductions

Case 26-11757-pmm    Doc 18    Filed 06/17/26    Entered 06/17/26 09:17:57    Desc Main
Payslip: Anthony Duren: 04/11/2023 (Regular)
Document    Page 3 of 3
- Complete
06:33 PM
06/16/2026
Page 2 of 2



**KENDALL GROUP**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan (Loan 1) | 18.48 | 147.84 |
| Noncompliant Wellness Ded | 45.48 | 318.36 |
| Voluntary Life (Child) | 0.83 | 6.64 |
| Voluntary Life (Employee) | 5.77 | 46.16 |
| Voluntary Life (Spouse) | 2.88 | 23.04 |
| Total: | 73.44 | 542.04 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 22.10 | 167.88 |
| ER - Group Basic Life | 3.69 | 29.52 |
| ER - Long Term Disability | 5.77 | 46.16 |
| ER - Medical | 694.11 | 5,552.88 |
| Total: | 725.67 | 5,796.44 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,698.88 | 12,875.58 |
| Medicare - Taxable Wages | 1,698.88 | 12,875.58 |
| Federal Withholding - Taxable Wages | 1,610.48 | 12,204.12 |
| State Tax Taxable Wages - PA | 1,698.88 | 12,875.58 |
| City Tax Taxable Wages - CNSHK | 1,768.00 | 13,428.54 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PHILA FED C U | PHILA FED C U | ******7223 | 1,096.79 | USD |
| CROSS RIVER BANK | CROSS RIVER BANK | ******1327 | 200.00 | USD |
| | | Total: | 1,296.79 | |